Bill BRADLEY v. STATE. (No. 8042.) (Court of Criminal Appeals of Texas. Jan. 9, 1924.) Appeal from District Court, Haskell County; W. R. Chapman, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Upon conviction in the district court of Haskell county of a felony, appellant brings his appeal. There is in the record neither statement of facts nor bills of exception. The indictment and the charge of the court are in conformity with law. No error appearing, an affirmance will be ordered.

---

Erick BROHLIN v. STATE. (No. 8144.) (Court of Criminal Appeals of Texas. Jan. 16, 1924.) Appeal from District Court, Potter County; Henry S. Bishop, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for theft of an automobile; punishment, five years in the penitentiary. There are no statement of facts or bills of exception in the record. Nothing is apparent which would require a reversal. The judgment is affirmed.

---

Leslie BURNS and J. A. Newton v. STATE. (No. 8298.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from Criminal District Court, Harris County; C. W. Robinson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellants were convicted in the criminal district court of Harris county of burglary, and each given a penalty of four years in the penitentiary. There is in the record neither statement of facts nor bills of exception. The indictment charges correctly the offense, and the charge of the court follows the law. An affirmance must be ordered.

---

Tom CARDEN v. STATE. (No. 8052.) (Court of Criminal Appeals of Texas. Jan. 9, 1924.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for assault to rape; punishment fixed at confinement in the penitentiary for a period of four years. The record is before us without statement of facts or bills of exception. The indictment being in regular form, and no error having been revealed by the record, the judgment is affirmed.

---

Bert COONS v. STATE. (No. 8317.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from District Court, Wichita County; P. A. Martin, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. The offense is the unlawful manufacture of intoxicating liquor; punishment, one year in the penitentiary. No statement of facts or bills of exception appear in the record; therefore nothing is presented for review. The judgment is affirmed.

---

George CRAWFORD v. STATE. (No. 8313.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Titus County; R. T. Wilkinson, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The facts are not brought up for review. The only bill of exceptions found in the record is that complaining of the failure of the court to give an instructed verdict. In the absence of the facts, this court must presume that the evidence is sufficient to support the verdict. The judgment is affirmed.

---

Henry CRISWELL v. STATE. (No. 8250.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Polk County; J. L. Manry, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for the unlawful sale of intoxicating liquor; punishment, one year in the penitentiary. We find no statement of facts or bills of exception in the record, and nothing is apparent which indicates irregularity in the proceedings. The judgment must be affirmed.

---

M. C. DARNELL v. STATE. (No. 8273.) (Court of Criminal Appeals of Texas. Jan. 23, 1924.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. The record is before us without bills of exception or statement of facts. The indictment is regular. No error has been discerned. The judgment is affirmed.